Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 12−80882

IN THE MATTER OF:
Eulah Jean Henderson      xxx−xx−6384
1704 Laura Duncan Road
Apex, NC 27502

   Debtor(s)

## FINAL DECREE

 The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

   John A. Northen is discharged as trustee of the estate of the above named debtor.

   The Chapter 7 case of the above named debtor is closed.

Dated: 9/21/12

_____
Catharine R. Aron
United States Bankruptcy Judge